GAUSEN v. BUCK *et al.*, *Appellants.*

**Constitution of 1865, Double Liability of Stockholders.** Under section 6 of the constitution of 1865, as amended, a stockholder in a corporation can not be made liable to a creditor when his stock is fully paid up. *Schricker v. Ridings*, 65 Mo. 208 followed.

*Appeal from Johnson Circuit Court.*—HON. F. P. WRIGHT, Judge.

*Land & Jetmore* for appellants.

*G. N. Elliott* for respondent.

HOUGH, J.—This was a proceeding upon motion under the 13th section of the first article of chapter 37, Wag. Stat., against the defendants as stockholders in the Warrensburg & Marshall Railroad Company. It was admitted at the hearing of the motion that the defendants had fully paid the railroad company for all the stock subscribed for and by them.

This record presents precisely the same question which was considered and decided by this court in the case of *Schricker v. Ridings*, 65 Mo. 208, and following the ruling there made, the judgment, which was for the plaintiffs, will be reversed and the cause remanded.   All concur.

REVERSED.